DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:     (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Nationstar Mortgage*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOB R. RADAN and MYLA M. RADAN, | Case No.: 2:15-cv-02380-APG-PAL |
| PlaintiffS, | **STIPULATION AND ORDER TO EXTEND TIME NATIONSTAR MORTGAGE TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT** |
| v. | |
| NATIONSTAR MORTGAGE, LLC., | |
| Defendant. | **(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Nationstar Mortgage twenty additional days from the date of entry of this order to file a responsive pleading. Plaintiffs Bob and Myla Radan (**Plaintiffs**) filed their Amended Complaint on January 9, 2016.  ECF No. 6.  Pursuant to Stipulation of the parties, BANA shall have until February 15, 2016 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{37233832;1}

1  This is the parties' first request for an extension.

2  DATED this 25th day of January, 2016.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Nationstar Mortgage* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 1, 2016

{37233832;1}                                2