# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOB RADAN and MYLA RADAN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, <br><br> Defendant. | Case No. 2:15-cv-02380-APG-PAL <br><br> **ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 14),

IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before September 30, 2016.

DATED this 4th day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE