1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiffs, BOB RADAN AND MYLA RADAN*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

|  | |
|---|---|
| BOB RADAN AND MYLA RADAN, | Case No. 2:15-cv-02380-APG-PAL |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |

    Plaintiff BOB RADAN AND MYLA RADAN and NATIONSTAR MORTGAGE, LLC hereby stipulate and agree that the above-entitled action shall

…
…
…
…
…
…
…
…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, NATIONSTAR MORTGAGE, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:        August 17, 2016

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/ Vatana Lay, Esq
Vatana Lay, Esq.
Akerman LLP
1160 Town Center Drive,
Suite 330
Las Vegas, NV 89144

*Attorney for Defendant Bank of America, National Association*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 17, 2016